Daniel M. Silver
Partner
405 N. King Street, 8th Floor
Wilmington, DE 19801
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com


McCARTER
&ENGLISH
ATTORNEYS AT LAW

April 30, 2019

**VIA CM/ECF AND HAND DELIVERY**
The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
844 North King Street, Room 6325, Unit 9
Wilmington, DE 19801-3555

> RE:   *Novartis v. Par* Zortress® and Afinitor® litigations concerning U.S. Patent
> No. 5,665,772, C.A. Nos. 14-1289, 14-1494 and 15-0078-RGA

Dear Judge Andrews,

In response to Your Honor's April 11, 2019 Memorandum Order (C.A. No. 14-1289, D.I. 189), the parties in the above-referenced actions submit this joint status report to inform the Court that Plaintiffs Novartis Pharmaceuticals Corporation and Novartis AG (collectively, "Novartis") have provided Defendant Par Pharmaceutical, Inc. ("Par") (collectively, "the parties") with a covenant not to sue on claim 7 of U.S. Patent No. 5,665,772 ("the '772 patent").

In view of this covenant, the parties respectfully request that the Court enter the proposed final judgment submitted herewith dismissing claim 7 of the '772 patent and entering judgment in favor of Novartis and against Par for the remaining claim 10 of the '772 patent.

Respectfully submitted,

/s/ Daniel M. Silver

Daniel M. Silver (#4758)

cc:  All counsel of record (via CM/ECF)

ME1 30310513v.1